18cr 40021

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. II  Investigating Agency: DEA
**City:** Sturbridge
**County:** Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number: 18-6131-MPK
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name:** Jersson Castillo  Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:**
**Address (City & State):** Yonkers, New York
**Birth date (Yr only):** 1987  **SSN (last4#):** _____  **Sex:** M  **Race:** _____  **Nationality:** _____
**Defense Counsel if known:** Stellio Sinnis  **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Katherine Ferguson  Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____
**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
**Matter to be SEALED:** ☐ Yes ☑ No
☐ Warrant Requested  ☐ Regular Process  ☑ In Custody

**Location Status:**
**Arrest Date:** April 16, 2018
☑ Already in Federal Custody as of April 16, 2018 in Wyatt Detention Center
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment
**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 16, 2018  **Signature of AUSA:** [signature]

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jersson Castillo

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) | Possession with intent to distribute fentanyl | 1 |
| Set 2 | 21 USC 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____