UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 18-40021-TSH |
| ) | |
| v. ) | |
| ) | |
| JERSSON CASTILLO, ) | |
| ) | |
| Defendant ) | |
| ) | |

# INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Jersson Castillo, the United States will seek increased punishment by reason of the following criminal conviction:

    Jurisdiction: Queens County, New York Supreme Court
    Docket No.: N10562-2009
    Offense: Criminal Possession of a Controlled Substance – Third: Narcotic Drug Intent to Sell
    Date: October 6, 2009

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Katherine Ferguson*
Katherine Ferguson
Assistant U.S. Attorney

Dated: May 16, 2018

# CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of this Information will be served through the Electronic Case Files (ECF) system to all registered participants.

      */s/ Katherine Ferguson*
      Katherine Ferguson
      Assistant U.S. Attorney

Dated: May 16, 2018